5:18-cv-307 (TJM/DEP)

# EXHIBIT E

STATE OF NEW YORK
SUPREME COURT   COUNTY OF CORTLAND

---

| | |
|---|---|
| CORTLAND LINE HOLDINGS LLC and JOHN WILSON,<br>        Plaintiffs,<br>vs.<br>JASON LIEVERST,<br>        Defendant. | **NOTICE OF NOTICE OF REMOVAL**<br><br>Index No.: EF18-155 |

---

**PLEASE TAKE NOTICE** that on March 9, 2018, Defendant, Jason Lieverst, caused this action to be removed to the United States District Court, Northern District of New York. A copy of the Notice of Removal is attached hereto. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded to this Court.

Dated: March 9, 2018

Respectfully submitted,

Chaim J. Jaffe, Esq. Bar Roll No.:507042
Douglas M. Mahr, Esq. Bar Roll No.:506291
SCOLARO FETTER GRIZANTI &
 McGOUGH, P.C.
507 Plum Street, Suite 300
Syracuse, New York 13204
Tel.: (315) 471-8111
*Attorneys for Jason Lieverst*

TO: Christopher J. Harrigan, Esq.
   Robert J. Thorpe, Esq.
   BARCLAY DAMON, LLP
   Barclay Damon Tower
   125 East Jefferson Street
   Syracuse, New York 13202
   *Attorneys for Plaintiffs*
   *Cortland Line Holdings LLC*
   *and John Wilson*

Cortland County Clerk
46 Greenbush Street, Suite 105
Cortland, New York 13045

Cortland County Supreme Court Clerk
46 Greenbush Street, Suite 301
Cortland, New York 13045

736878