# SCOLARO FETTER GRIZANTI & McGOUGH, P.C.

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| CAROL A. CHRISTIANSEN<br>AMY B. EGITTON<br>DANIEL J. FETTER<br>JEFFREY M. FETTER° †<br>GINA M. GLOVER‡<br>KELLY J. GRAVES<br>ANTHONY J. GRIZANTI°<br>CHAIM J. JAFFE<br>MARK N. LEVY<br>DOUGLAS J. MAHR<br>SHANE M. MCCROHAN◊<br>STEWART M. MCGOUGH*<br>MEGHAN M. POMPO<br>STEVEN A. WALKER• | SYRACUSE • ROCHESTER • LeROY<br>STUART, FLORIDA<br><br>FRANKLIN SQUARE<br>507 PLUM STREET, SUITE 300<br>SYRACUSE, NEW YORK 13204<br>TELEPHONE (315) 471-8111<br>FAX (315) 471-1355<br><br>WWW.SCOLARO.COM<br><br>*Direct Line: (315) 477-6222*<br>*Direct Fax: (315) 425-3622*<br>*cjaffe@scolaro.com* | OF COUNSEL:<br><br>JEREMIAH P. COSGROVE<br>WILLIAM B. MAGNARELLI<br>RONALD A. MITTLEMAN<br><br>*ALSO ADMITTED TO FL BAR<br>◊ALSO ADMITTED TO MA BAR<br>• ALSO ADMITTED TO NJ BAR<br>°ALSO ADMITTED TO PA BAR<br>‡ALSO ADMITTED TO VT BAR<br>† ALSO ADMITTED TO WA BAR |
| RICHARD S. SCOLARO<br>(1937-2015)<br>ALAN S. BURSTEIN<br>(1940-2015) | March 12, 2018 | |

## *VIA ELECTRONIC FILING*

Judge David E. Peebles
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, New York 13261-7345

      Re:    Cortland Line Holdings LLC, et al. v. Jason Lieverst
               Civil Action No.: 5:18-CV-307 (TJM/DEP)

Dear Judge Peebles:

      This office represents the Defendant in the above referenced matter.

      We are in receipt of the Court's Docket Text from earlier this afternoon which requires that an Answer in this matter be filed by March 16, 2018. The Plaintiffs' Verified Complaint (Dkt. #2) in this matter contains numerous redactions. I have corresponded with Plaintiffs' counsel, Mr. Harrigan, numerous times prior to removing this action regarding this issue. It is Plaintiffs' position that they will not provide this office with an un-redacted copy of the Verified Complaint until such time as the parties enter into a Protective Order. I have represented to Mr. Harrigan that the Verified Complaint would only be viewed by our client and members of this firm. Neither an Answer nor opposition papers to Plaintiffs' application for a preliminary injunction can be prepared in the absence of the requested information.

      I am respectfully requesting a call with the Court at its earliest convenience so that this issue may resolved.

*Dedicated Client Service for Over 35 Years*

# SCOLARO FETTER GRIZANTI & McGOUGH, P.C.

Judge David E. Peebles
U.S. Magistrate Judge
March 12, 2018
Page 2 of 2

    Thank you for Your Honor's consideration of this request.

                  Respectfully submitted,

           SCOLARO FETTER GRIZANTI & McGOUGH, P.C.

                        Chaim J. Jaffe

CJJ/kjw

cc:    Christopher J. Harrigan, Esq. (*via CM/ECF*)