UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CORTLAND LINE HOLDINGS LLC and JOHN WILSON**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **JASON LIEVERST**, <br><br> *Defendant*. | **ORDER TO SHOW CAUSE FOR EXTENSION OF TEMPORARY RESTRAINING ORDER** <br><br> Civil Action No. <br><br> 5:18-cv-00307 (TJM)(DP) |

**PLEASE TAKE NOTICE** that upon the reading and filing of the annexed Declaration of Christopher J. Harrigan, Esq., dated March 20, 2018, and the Memorandum of Law, all in support of Plaintiffs' Motion for an Extension of the Temporary Restraining Order.

**LET** the Defendant Jason Lieverst ("Defendant") show cause at a Motion Term of this Court to be held before Judge Thomas J. McAvoy at James T. Foley U.S. Courthouse, Suite 509, 445 Broadway, Albany, New York, on the ___ day of March, 2018, at _____ o'clock in the forenoon, or as soon thereafter as counsel can be heard, why an Order should not be entered extending the Temporary Restraining Order issued by the New York State Supreme Court, Cortland County, until determination of Plaintiffs' motion for preliminary injunction, currently scheduled to be heard on April 9, 2018, pursuant to Fed. R. Civ. P. 65.

It is hereby:

**ORDERED**, that service of a copy of this Order to Show Cause, together with the papers upon which it is granted, by hand delivery upon counsel for Defendant, Chaim Jaffe, Esq.,

14934605.1

Scolaro Fetter Grizanti & McGough, P.C., on or before March ___, 2018, shall be deemed good and sufficient service thereof; and it is hereby further

  **ORDERED,** that Defendant shall file answering papers, if any, via the CM/ECF System no later than ____ p.m. on March __, 2018, and that Plaintiffs' reply thereto, if any, shall be filed via the CM/ECF System no later than ____ p.m. on March ___, 2018.

**DATED:**  March ___, 2018
      Albany, New York

                        _____
                         Hon. Thomas J. McAvoy
                         United States Senior District Judge

14934605.1